UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: DIANE AREVALO MAJOR FKA DIANE PITTMAN Debtor | Bankruptcy No.: 14-41596 WJL R.S. No.: APN-2844 Hearing Date: April 13, 2016 Time: 9:30 a.m. |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: 04/13/2014 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: 06/27/2014=Confirmation | Last Day to File §523/§727 Complaints: 07/14/2014 |
| (B) Description of personal property collateral (e.g. 1983 Ford Taurus): | |

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default: $
No. of months:
Post-Petition Default: $
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
158 Mt. Vernon Dr., Clayton, CA 94517

| Fair market value: $470,00.00 | Source of value: Debtor's Schedule A |
|---|---|
| | If appraisal, date: N/A |

Moving Party's position (first trust deed, second, abstract, etc.): Second Trust Deed

| Approx. Bal. $ 113,736.79 (inclusive of interest and late charges) As of (date): 3/23/16 Mo. payment: $796.24 Notice of Default (date): N/A Notice of Trustee's Sale: N/A | Pre-Petition Default: N/A No. of months: N/A Post-Petition Default: $3,981.20 No. of months: 5 Advances Senior Liens: $N/A |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: CitiMortgage | $241,165.66 | $N/A | $N/A |
| 2nd Trust Deed: Wells Fargo Bank, N.A. | $113,736.79 (inclusive of interest and late charges) | $796.24 | $3,981.20 |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ (Total) $354,902.45 | $ | $ |

(D) Other pertinent information:
[ X ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[ ] Loan modification initiated by borrower, but was closed on _____ for failure to provide required documentation.
[ ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[ ] Loan modification: Debtor's request is pending.  [ ] Loan modification: Modification in trial period.
[ ] Loan modification: No decision yet.  [ ] Loan modification: Denied in writing (attached hereto)

| Dated: March 25, 2016 | /s/ [signature] |
| --- | --- |
| | Signature |
| | AUSTIN P. NAGEL |
| | Print or Type Name |
| | Attorney for WELLS FARGO BANK, N.A. |