MARLENE G. WEINSTEIN, ESQ. (Bar No. 079429)
LAW OFFICE OF MARLENE G. WEINSTEIN
1511 Sycamore Avenue, Suite M-224
Hercules, California 94547
Telephone: (925) 942-5100

Attorney for Debtor
DIANE AREVALO MAJOR fka
DIANE PITTMAN

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | Case No. 14-41596 WJL-13 |
| | Chapter 13 |
| **DIANE AREVALO MAJOR fka DIANE PITTMAN,** | RS No. MRG-1 |
| | **STATEMENT OF NON-APPEARANCE RE: MOTION FOR RELIEF AUTOMATIC STAY** |
| Debtors. | Date: June 6, 2018 |
| | Time: 9:30 a.m. |
| | Ctrm: 220 |

**NOTICE IS HEREBY GIVEN** that Marlene G. Weinstein attorney for debtor, Diane Arevalo Major fka Diane Pittman ("Debtor"), does not intend on appearing at the hearing on the above-referenced motion on June 6, 2018, based upon the representation of Jennifer R. Bergh of the Law Offices of Michelle Ghidotti, attorneys for Movant, that she will request a continuance of the hearing based upon the issues related to the motion including, but not limited to, the status of Debtor's loan modification application.

Dated: June __4__, 2018         LAW OFFICE OF MARLENE G. WEINSTEIN

                                By: /s/ Marlene Gay Weinstein
                                    MARLENE G. WEINSTEIN
                                    Attorney for Debtor

Statement of Non-Appearance
Re: Motion For Relief From Stay        1

**DECLARATION OF SERVICE**

I, the undersigned, declare:

I am employed in the City of Walnut Creek, County of Contra Costa, California. My business address is 1511 Sycamore Avenue, Suite M-224, Hercules, California 94547. I am readily familiar with the business practices of the Law Office of Marlene G. Weinstein, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On June  4 , 2018, I served the following documents:

**STATEMENT OF NON-APPEARANCE RE: MOTION FOR RELIEF FROM AUTOMATIC STAY**

 X  BY ECF EMAIL NOTIFICATION: by way of the court's ECF email notification to the participating parties set forth below.

Kristin A. Zilberstein, Es.
Jennifer R. Bergh, Esq.
Law Offices of Mihelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705

Martha G. Bronitsky
Chapter 13 Standing Trustee
P.O. Box 5004
Hayward, CA 94540

I declare under penalty of perjury that the foregoing is true and correct. Executed this  4th  day of June, 2018 at Walnut Creek, California.

 /s/ Marlene Gay Weinstein
Marlene G. Weinstein

Statement of Non-Appearance
Re: Motion For Relief From Stay        2