MARLENE G. WEINSTEIN, ESQ. (Bar No. 079429)
LAW OFFICE OF MARLENE G. WEINSTEIN
1511 Sycamore Avenue, Suite M-224
Hercules, California 94547
Telephone: (925) 942-5100

Attorney for Debtor
DIANE AREVALO MAJOR fka
DIANE PITTMAN

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | **Case No. 14-41596 WJL-13** |
| | **Chapter 13** |
| **DIANE AREVALO MAJOR fka DIANE PITTMAN,** | **RS No. MRG-1** |
| | **DEBTOR'S STATUS REPORT RE: MOTION FOR RELIEF FROM STAY AND STATUS REGARDING SALE OF PROPERTY** |
| **Debtor.** | |
| | **Date: September 5, 2018** |
| | **Time: 9:30 a.m.** |
| | **Ctrm: 220** |

Debtor, Diane Arevalo Major fka Diane Pittman ("Debtor"), by and through Marlene Weinstein, her attorney of record, hereby submits the following status report with respect to the pending motion for relief from the stay and the sale of Debtor's property located at 158 Mt. Vernon Drive in Clayton, CA (the "Property").

1. Debtor entered into a contract for sale of the Property for $708,500. An escrow has been opened, initial payoff demands have been received from all secured parties, as well as from the Chapter 13 trustee, and a preliminary estimated seller's closing statement has been generated which provides for Movant and all other secured creditors to be paid in full.

Debtor's Status Report Re:
RFS Motion and Sale of Property          1

2. Debtor's counsel has been informed that the sale is scheduled to close escrow on or about September 17, 2018.

3. Debtor filed a motion to modify her Chapter 13 plan which provides for the sale of the Property no later than October 31, 2018; however, as stated above, it is anticipated that the sale of the Property will close by the end of September.

4. Debtor's motion to modify her plan provides for the sale, payment of all secured creditors upon the close of escrow and a reduction in Debtor's monthly payment to pay the remaining balance owed to priority creditors and administrative claims to complete her plan. The 21-day period to object to the modification expires on September 7, 2018. Debtor's counsel does not anticipate any objections to the modification; however, a sale of the Property can be completed whether or not the motion to modify is granted.

Respectfully submitted,

Dated: September 4, w018      LAW OFFICE OF MARLENE G. WEINSTEIN

By: /s/ Marlene Gay Weinstein
    Marlene G. Weinstein, Esq.
    Attorney for Debtor

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City of Hercules, County of Contra Costa, California. I am over the age of 18 years, and not a party to the within action. My business address is 1511 Sycamore Avenue, Suite M-224, Hercules, California 94547. I am readily familiar with the business practices of the Law Office of Marlene G. Weinstein, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 4, 2018, I served the following documents:

**DEBTOR'S STATUS REPORT RE: MOTION FOR RELIEF FROM STAY AND STATUS REGARDING SALE OF PROPERTY**

 X  BY ECF EMAIL NOTIFICATION: by way of the court's ECF email notification to the participating parties set forth below.

Kristin A. Zilberstein, Es.
Jennifer R. Bergh, Esq.
Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705

Martha G. Bronitsky
Chapter 13 Standing Trustee
P.O. Box 5004
Hayward, CA 94540

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2018 at Hercules, California.

/s/ Marlene Gay Weinstein
Marlene G. Weinstein

Debtor's Status Report Re:
RFS Motion and Sale of Property                3

Debtor's Status Report Re:
RFS Motion and Sale of Property    4